IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHRISTOPHER MAYO,                          *

                        Petitioner,         *
v.                                                          Case No.   7:21-CV-126
                                                    *
GEORGIA DEPARTMENT OF
CORRECTIONS,                                *

                        Respondent.         *

_____

## J U D G M E N T

Pursuant to this Court's Order dated December 14, 2021, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 15th day of December, 2021.

David W. Bunt, Clerk


s/ Robin L. Walsh, Deputy Clerk